IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES D. ZEHRING, JR., <br><br> Plaintiff, <br><br> v. <br><br> JAMIE SORBER, et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 20-3195 |

## ORDER

**AND NOW**, this 1st day of December 2020, upon consideration of Plaintiff's Petition for Temporary Restraining Order (Doc. No. 16), Plaintiff's Declarations in Support of and Addendums to the Petition (Doc. Nos. 22, 39, 50, 54), Commonwealth Defendants' Memorandum of Law in Opposition to Plaintiff's Petition (Doc. No. 25), Plaintiff's Motion Requesting Hearing on Petition (Doc. No. 33), Plaintiff's Addendum to Motion Requesting Hearing (Doc. No. 32), Commonwealth Defendants' Reply in Opposition to Plaintiff's Motion for Hearing and Addendum (Doc. No. 34), Plaintiff's Motion to Exclude Commonwealth Defendants' Memorandum of Law in Opposition to Plaintiff's Petition and Rebuttal to Commonwealth Defendants' Reply in Opposition to Plaintiff's Motion for Hearing (Doc. No. 35), Commonwealth Defendants' October 12, 2020 Letter to the Court (Doc. No. 46), and Plaintiff's Response to Commonwealth

Defendants' Letter to the Court (Doc. No. 55), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Plaintiff's Petition for Temporary Restraining Order (Doc. No. 16) is **DENIED**,

2. Plaintiff's Motion Requesting Hearing on Petition (Doc. No. 33) is **DENIED**, and

3. Plaintiff's Motion to Exclude Commonwealth Defendants' Memorandum of Law in Opposition to Plaintiff's Petition (Doc. No. 35) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.